Minute Order Form (rev. 4/99)

MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE DOW | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0521 | DATE | MARCH 12, 2008 |
| CASE TITLE | US v. PATRIZIA SOLIANI, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the **SPECIAL MARCH 2007** Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Ashman_

RECEIVED
3-12-08
MAR 1 2 2008

Docket Entry:

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO PATRIZIA SOLIANI AND MICHAEL ZABRIN. DEFENDANT WILL SELF SURRENDER, BOND TO BE DETERMINED AT TIME OF ARRAIGNMENT AS TO JEROME BENGIS. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANTS DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO OSWALDO AULESTIA-BACH AND ELIO BONFIGLIOLI. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL MARCH 19TH 2008 AT NOON, OR BY FURTHER ORDER OF THE COURT.

DO NOT SEAL ARREST WARRANTS.

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

BW 4541

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Number of notices | DOCKET# |
| | No notices required. | | | Date docketed | |
| | Notices mailed by judge's staff. | BW Issued | | Docketing dpty. initials | |
| | Notified counsel by telephone. | MAR 1 3 2008 | | Date mailed notice | |
| | Docketing to mail notices | | | Mailing dpty. initials | |
| | Mail AO 450 form. | | | | |
| | Copy to judge/magistrate judge. | | | | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |